*UNITED STATES DISTRICT COURT*

DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Anthony Simmons,              )<br>                                    )<br>     Petitioner,                   )<br>                                    )<br>   vs.                             )<br>                                    )<br>United States of America,          )<br>                                    )<br>     Respondent.                   )<br>_____) | JUDGMENT IN A CIVIL CASE<br><br>Case No. CV-10-030-TUC-DCB<br>         CR-04-2090-TUC-DCB |

**DECISION BY COURT.**   This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**  that Petitioner's Amended Motion to Modify or Correct Sentence pursuant to 28 U.S.C. § 2255 in CV-10-030-TUC-DCB and CR-04-2090-TUC-DCB is DENIED

**IT IS FURTHER ORDERED** that civil case CV-10-030-TUC-DCB is DISMISSED with prejudice.

| | |
|---|---|
| January 3, 2011<br>     Date | RICHARD H. WEARE<br>     CLERK<br><br>     s/Cathy Schwader<br>(By) Cathy Schwader, Deputy Clerk |